**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name NEMANIC   MATTHEW   JOHN
      (Last)      (First)      (Initial)

Prisoner Number F97192

Institutional Address D.V.I. PO BOX 600 TRACY CA 95378
C 214 L

===================================================================

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW JOHN NEMANIC     Case No. CV 08 0866
(Enter the full name of the              (To be provided by the clerk
plaintiff in this action)                of court)

vs.

YUBA COUNTY SHERIFF      COMPLAINT UNDER THE CIVIL (PR)
OFFICE   ACTING SHERIFF  RIGHTS ACT, 42 U.S.C § 1983
DURFOR   215 5TH ST
MARYSVILLE CA 95901
(Enter the full name of the
defendant(s) in this action)

   All questions on this complaint form must be answered in order
for your action to proceed.

I.   **Exhaustion of Administrative Remedies**

   **Note:** You must exhaust your administrative remedies before
   your claim can go forward. The court will dismiss any
   unexhausted claims.

   A.   Place of present confinement  NAPA STATE HOSP

   B.   Is there a grievance procedure in this institution?
        YES ( )   NO (✓)

   C.   Did you present the facts in your complaint for review
        through the grievance procedure?   YES ( )   NO (✓)

1

D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _____

2. First formal level _____

3. Second formal level _____

4. Third formal level _____

E.  Is the last level to which you appealed the highest level of appeal available to you?  YES ( )  NO ( )

F.  If you did not present your claim for review through the grievance procedure, explain why. ACCIDENT INJURY CLAIM

II. Parties

Write your name and your present address. Do the same for additional plaintiffs, if any.
AS OF DEC 6 07
A. MATT J NEMANIC PO BOX 600 TRACY CALIF 95378 CDC# F97192 C-214L

Write the full name of each defendant, his or her official position, and his or her place of employment.

B. OFFICERS B THOMAS OFFICER CORDRAY BAILIFFS EMPLOYER YUBA COUNTY SHERRIFF OFFICE 215 5TH ST MRSVL CA 95901

2

III. <u>Statement of Claim</u>

State here as briefly as possible the <u>facts</u> of your case.  Be sure to describe how each defendant is involved and to include dates, when possible.  Do not give any legal arguments or cite any cases or statutes.  If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

ON OR ABOUT FEB 25 07 OFFICER B THOMAS CUFFED & SHACKLED MYSELF AND TWO OTHER INMATES TOGETHER THEN LED US TO COURTROOM 3's BACK ENTRANCE I WAS FIRST IN THE LINE HE INSTRUCTED US TO STAND AGAINST THE FARWALL ACROSS FROM THE DOOR ENTRANCE WE DID SO A MAN CAME OUT OF COURTROOM THREE AND ASKED TO BE GRANTED ACCESS TO THE DOOR DIRECTLY BEHIND ME OFFICE B THOMAS INSTRUCTED US TO MOVE FORWARD TOWARDS COURTROOM 3's DOOR. WE DID SO HE THAN INSTRUCTED US TO STOP WE DID SO IMMEDIATLEY AFTER HALTING. THE DOOR FROM COURT 3 OPENED QUICKLY CRUSHING MY TOES ON MY RIGHT FOOT REMOVING MY LARGE TOE TOENAIL THIS WAS DONE BY OFFICER CORDRAY.
② I WAS THEN VERBALY REPREMANDED FOR SCREEMING IN PAIN. ③ I WAS DRAGGED INTO COURT BLEEDING DIRECTLY AFTER

3

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

MAKE RESTITUTION FOR PAIN + SUFFERING + FOR VERBAL AND PHYSICAL HUMILIATION BEFORE THE COURT TO THE SUM OF $100,000

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15TH day of JAN, 2008

Matt S Nemanic
(Plaintiff's signature)

(rev. 5/96)

4



MATTNEMANIC
CDC# F97192
H3-34U
SAN QUINTON S.P.
SAN QUINTON
94974

RECEIVED
FEB - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLERK OF THE U.S.
DISTRICT COURT
FOR THE NORTHERN
DISTRICT OF CAL
450 GOLDEN GATE AVE
S.F. CA 94102