FILED
MAR - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MATTHEW NEMANIG
F97192
S,Q,S,P
           Plaintiff,
vs.
YUBA COUNTY
ACTING SHERIFF DURFOR
215 5TH ST
MRSVL CA 95901
           Defendant.

CASE NO. CV 08 0866 MMC (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, MATT NEMANIG, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _NEMAN'C APT 1997 ROOM AND_
5  _BOARD-SALARY_
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.    Business, Profession or              Yes ___ No ✓
10          self employment
11     b.    Income from stocks, bonds,           Yes ___ No ✓
12          or royalties?
13     c.    Rent payments?                       Yes ___ No ✓
14     d.    Pensions, annuities, or              Yes ___ No ✓
15          life insurance payments?
16     e.    Federal or State welfare payments,   Yes ___ No ✓
17          Social Security or other govern-
18          ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.    Are you married?                         Yes ___ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____  Net $_____
28 4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  1400 DOllARS RESTITUTION
4  TO YUBA COUNTY
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11     . I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16 FEB 28 08                    Matt S Nemanya
17    DATE                      SIGNATURE OF APPLICANT
18                              CDC# F97192
19                              SAN QUENTON
20                              STATE PRISON
21                              CA
22                              94974

① 

TO THE U.S. DISTRICT COURT CLERK

IN REGARD TO THE PRISONERS APLICATION TO PROCEED INFORMA-PAUPERIS CV-08-0866 MMC (PR)

I RECIEVED IT FEB 27 08 AND I AM RESPONDING BY THE REQUIRED MAR-8 DATE. HOWEVER MY DOCUMENTATION IS IN PROCESS AND THE FINANICIAL STATEMENTS OF MY PRISONER ~~RECORD~~ TRANSACTIONS AND ABOUNT BALANCE WILL TAKE APROX 3 WKS LONGER AND WILL BE SENT A.S.A.P. PLEASE DO NOT DE-FILE MY RECORDS

②

UNTill MAR 26 - 08

~~signing~~

MATT NEMANIC
CDC F97192
SQSP
94974
3-H-34u

MATTNEMANIC
# F97192
3-H-344
S.Q.S.P.
94974

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES