**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

---

www.cand.uscourts.gov

Richard W. Wieking                                                       General Court Number
Clerk                                                                              415.522.2000

May 2, 2008

United States District Court
Eastern District of California
4-200 United States Courthouse
Sacramento, CA 95814-2322

RE: CV 08-00866 MMC   MATTHEW J NEMANIC-v-YUBA COUNTY SHERIFF

Dear Clerk,

      Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

        ☐    Certified copy of docket entries.

        ☐    Certified copy of Transferral Order.

        ☐    Original case file documents.

        ☒    Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

      Please acknowledge receipt of the above documents on the attached copy of this letter.

                                Sincerely,
                                RICHARD W. WIEKING, Clerk

                                by:  Alfred Amistoso
                                Case Systems Administrator

Enclosures
Copies to counsel of record